DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 JANUARY 2014

| 321P13 | D. Keith Teague and wife, Penny Teague; Danny Glover, Jr. and wife, Meredith Glover v. Vonda F. Forbes, Executrix of the Estate of James Walter Forbes, Sr., Vonda Dee Forbes, Individually | 1. Defendant-Appellants' PDR Under N.C.G.S. § 7A-31 (COA12-1421)<br><br>2. Plts' Conditional PDR | 1. Denied<br><br>2. Dismissed as Moot<br><br>**Beasley, J., recused** |
|---|---|---|---|
| 322P13 | Angela S. Smith, Individually and as Guardian *ad Litem* for Zachary A. Smith, Alexis V. Smith, and Johnathan A. Smith, minors, and Matthew A. Smith v. Lake Bay East, LLC; Lake Creek Corporation; Joco, Incorporated; and East Bladen Land Company | 1. Defendant-Appellants' PDR Under N.C.G.S. § 7A-31 (COA12-1541)<br><br>2. Defendant-Appellants' Motion for Temporary Stay<br><br>3. Defendant-Appellants' Petition for *Writ of Supersedeas* | 1. Allowed<br><br>2. Allowed **08/19/2013**<br><br>3. Allowed |
| 325P13 | Steven G. Gordon v. Deborah J. Gordon (now James) | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-1126) | Denied |
| 334P13 | Halifax Regional Medical Center, Inc. v. Darrell James Brown, M.D., Defendant and Third-Party Plaintiff v. Smith Church Obstetrics & Gynecology, P.C. and Richard Minielly, M.D., Third-Party Defendants | Plaintiff's Petition for *Writ of Certiorari* to Review Decision of the COA (COA12-1480) | Denied |
| 360P13 | Ginger A. McKinney (Now Ginger L. Sutphin) v. Joe A. McKinney | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-1152)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as Moot<br><br>**Beasley, J., recused** |